WILLIAM G. KILHOFFER and Another, as Executors, etc., of MICHAEL

ZEIS, Deceased, Plaintiffs, v. JOHN G. ZEIS and Others, Appellants, Impleaded with MANUFACTURERS AND TRADERS NATIONAL BANK OF BUFFALO and Others, Respondents.— Judgment affirmed, with separate bills of costs to the defendants appearing separately upon this appeal, payable out of the assets of the firm now in the hands of the receiver. All concur, Kruse, P. J., not sitting.